Boris Zelkind (SBN 214014)
E-mail: BZelkind@duanemorris.com
**DUANE MORRIS LLP**
865 South Figueroa Street, Suite 3100
Los Angeles, CA 90017-5450
Telephone: (619) 744-2267
Facsimile: (619) 923-2283

Christopher M. Champine (SBN 323385)
E-mail: CMChampine@duanemorris.com
**DUANE MORRIS LLP**
750 B Street, Suite 2900
San Diego, California 92101-4681
Telephone: (619) 744-2200
Facsimile: (619) 744-2201

Attorneys for Plaintiff
POLYPEPTIDE LABORATORIES, INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLYPEPTIDE LABORATORIES, INC., a Delaware corporation,<br><br>          Plaintiff,<br><br>     v.<br><br>BRANT ZELL, an individual; AMBIOPHARM, INC., a California corporation,<br><br>          Defendant. | Case No.: 2:19-cv-08820<br><br>**DECLARATION OF JANE SALIK IN SUPPORT OF PLAINTIFF POLYPEPTIDE LABORATORIES, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

I, Jane Salik, hereby declare:

1.    I am the Chief Executive Officer of Polypeptide Laboratories, Inc. ("PolyPeptide"), Plaintiff in the above-referenced matter. I have personal knowledge of the matters stated herein, and if called as a witness, I could and would testify competently thereto.

///

///

DM2\10557427.3

**DECLARATION OF JANE SALIK SUPPORTING PLAINTIFF POLYPEPTIDE LABORATORIES, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

1      2.     PolyPeptide is a corporation organized and existing under the laws of

2    Delaware, having places of business at 9395 Cabot Drive San Diego, California 92126,

3    and 365 Maple Ave, Torrance, California 90503.

4      3.     I have been employed at PolyPeptide since approximately September of

5    1996.

6      4.     PolyPeptide is a manufacturer of peptides and peptide related molecules.

7    Peptides are biological molecules, like proteins but smaller.  Generally, molecules

8    consisting of chains of less than 50 amino acids are referred to as "peptides" and

9    molecules consisting of chains greater than 50 amino acids are referred to "proteins."

10   It is known that peptides exist in every cell and tissue in the human body and perform

11   a wide range of essential functions.  Peptides are used as active pharmaceutical

12   ingredients to treat a number of conditions, including but not limited to cardiovascular

13   conditions, metabolic diseases, cancer and neurodegenerative disorders.

14     5.    Peptides are widely considered to offer lower toxicity and show higher

15   specificity as compared to traditional small molecule drugs.  With improvements in

16   peptide manufacturing, peptide-based compounds are considered to be highly

17   effective molecules used in existing pharmaceutical products and offer exciting

18   potential in the clinical development of new drugs for numerous therapeutic

19   applications.

20     6.    PolyPeptide is one of several entities within the PolyPeptide Group, a

21   global peptide manufacturing organization for cosmetic, pharmaceutical, and

22   veterinary markets employing more than 800 people in France, India, Belgium,

23   Sweden, and the United States.

24     7.    The PolyPeptide Group was founded in 1996 through the acquisition of

25   the Peptech facility in Hillerod, Denmark by the peptide group in Malmo Sweden,

26   followed by the establishment of a United States subsidiary in Torrance, California in

27   1996.  The PolyPeptide Group expanded through a series of acquisitions and internal

28   growth, including the most recent addition of a site in Braine L'Alleud, Belgium where

2

**DECLARATION OF JANE SALIK SUPPORTING PLAINTIFF POLYPEPTIDE LABORATORIES, INC.'S
APPLICATION FOR TEMPORARY RESTRAINING ORDER**

peptides are manufactured for clinical and commercial applications.  To the best of my knowledge, the PolyPeptide Group manufactures over one third of all approved peptide drug substances (22 of 62 approved products worldwide), which accounts for over a quarter of the sales of outsourced peptide therapeutics across the world.

8.    In order to manufacture high quality, pharmaceutical grade peptides, PolyPeptide has spent years and millions of dollars developing improved, proprietary manufacturing processes, quality assurance systems, and quality control procedures.  These proprietary manufacturing processes, quality assurance mechanisms, and quality control procedures are critical to PolyPeptide's business and have resulted in the company's success in the marketplace.

9.    Among PolyPeptide's proprietary developments is its  "Global Quality System," which includes a set of standard operating procedures ("SOPs") for producing, manufacturing and assuring top-quality peptides and peptide substances.  PolyPeptide's proprietary Global Quality System is extremely valuable and is designed specifically to ensure consistent Current Good Manufacturing Practices ("cGMP") compliant with Food and Drug Administration ("FDA") regulations for Active Pharmaceutical Ingredients ("APIs").  Our Global Quality System is used for producing and manufacturing top-quality polypeptides, designing and implementing custom requirements for our clients, providing exceptional support to our customers, and ultimately receiving FDA approval for our APIs.

10.    In addition to our proprietary SOPs, we create proprietary validation reports and protocols containing confidential information about our manufacturing processes.

11.    PolyPeptide's proprietary SOPs, quality control procedures, quality assurance systems, and manufacturing processes, including PolyPeptide's Global Quality System, along with the validation reports and protocols ("PolyPeptide Confidential Information"), are confidential and we go to great lengths to keep this information confidential.  To the best of my knowledge, PolyPeptide Confidential

**DECLARATION OF JANE SALIK SUPPORTING PLAINTIFF POLYPEPTIDE LABORATORIES, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

1   Information is not known to the general public or PolyPeptide's competitors.  The fact

2   that we are able to keep this information confidential and not generally known to the

3   public has tremendous  value for the company.

4        12.    PolyPeptide maintains the confidential nature of the PolyPeptide

5   Confidential Information by using numerous measures to prevent unauthorized or

6   accidental disclosure of this information.  For instance we use confidentiality labels

7   on documents.  We use password protections throughout our network.  We restrict

8   access to confidential documents.  We restrict access to our physical facilities.  We

9   maintain a sophisticated document management system, the Qumas System, which

10  allows us to monitor access to our electronic document system and to the confidential

11  documents contained on that system.  We use non-disclosure agreements with our

12  employees and third parties.   We conduct employee background checks and

13  specialized employee training.  Furthermore, our Qumas System maintains permanent

14  audit trail records of electronic access and transmission of confidential documents on

15  our network.

16       13.    The confidentiality of PolyPeptide's Confidential Information is vital to

17  our success in the market and, if disclosed, will enable key competitors such as

18  AmbioPharm to compete more effectively and take business from PolyPeptide.

19       14.    Defendant Brant Zell ("Zell") was hired by PolyPeptide on June 6, 2011

20  as the Quality Assurance Director for PolyPeptide's facility in Torrance, California.

21  In early 2012, on or about January 25, 2012, Zell was promoted to Global Director of

22  Quality Assurance.

23       15.    As a condition of his employment, Zell was required to sign a

24  "Confidentiality, Non-Competition, and Indemnity" agreement ("2011 Agreement").

25  Zell signed the 2011 Agreement on or about May 9, 2011.  A true and correct copy of

26  the 2011 Agreement is attached hereto as Exhibit A.

27       16.    In approximately June of 2019 Zell was provided with an updated

28  employee handbook, the "PolyPeptide Group - U.S. Employee Handbook 2019"

**DECLARATION OF JANE SALIK SUPPORTING PLAINTIFF POLYPEPTIDE LABORATORIES, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

("2019 Handbook"). The Handbook included an acknowledgement and binding agreement called the "2019 Employee Acknowledgement and Receipt of Employee Handbook, Including Binding Arbitration Policy" document ("2019 Agreement"). Zell signed the 2019 Agreement on or about June 3, 2019. A true and correct copy of the 2019 Agreement is attached hereto as Exhibit B.

17.     As part of his employment, Zell trained PolyPeptide's quality assurance leaders to ensure quality systems, harmonized manufacturing sites, and gave advice on how to implement new changes. Zell also interfaced with potential and existing external customers to explain how PolyPeptide would meet and/or exceed product quality expectations. For internal customers, Zell's duties included demonstrating operational excellence in approving raw material supply, production, and securing batch approval.

18.     Zell managed team functions such as quality agreements, supplier audits, batch record reviews, annual product reviews, complaince handling, document control systems, current good manufacturing practices, training of employees, and clinical and commercial product releases.

19.     Zell was responsible for ensuring that cGMP and International Council for Harmonisation of Technical Requirements for Pharmaceuticals for Human Use ("ICH") guidelines were followed by conducting an annual analysis of PolyPeptide's quality assurance system, in terms of both operational efficiency and compliance with new FDA or ICH regulatory changes. Zell worked with PolyPeptide's Regulatory Affairs, Manufacturing, Development, Marketing, and Corporate Quality sections on customer projects, regulatory submissions, and harmonizing quality standards. Zell was tasked with maintaining PolyPeptide's successful track record with the FDA.

20.     In order to accomplish his tasks and duties, Zell was provided access to PolyPeptide's Confidential Information.

21.     Zell ended his employment at PolyPeptide on or about August 15, 2019.

///

**DECLARATION OF JANE SALIK SUPPORTING PLAINTIFF POLYPEPTIDE LABORATORIES, INC.'S APPLICATION FOR TEMPORARY RESTRAINING ORDER**

22.     Zell did not tell me, and the to the best of my knowledge, anyone else at PolyPeptide, that he downloaded hundreds of key confidential documents containing PolyPeptide's Confidential Information onto his laptop computer and then onto an external USB storage device, prior to leaving PolyPeptide.

23.     It is my understanding that Zell began his employment at AmbioPharm as the Senior Vice President of Quality in the United States on August 19, 2019.

24.     I believe that the information Zell appears to have stolen from PolyPeptide would be especially helpful to AmbioPharm, which, as PolyPeptide discovered through a Freedom of Information Act request, had a number deficiencies cited in an FDA "form 483" after an inspection in 2017.

25.     If Zell is allowed to use PolyPeptide's confidential information at AmbioPharm, PolyPeptide would be irreparably harmed.  The confidential nature of PolyPeptide's Confidential Information would be destroyed by Zell's disclosure at AmbioPharm.  PolyPeptide's trade secrets would be lost unless Zell and AmbioPharm are prohibited from using them.  AmbioPharm could incorporate PolyPeptide's Confidential Information into its own quality assurance system, quality control procedures, and/or manufacturing processes.  AmbioPharm will get an unfair boost in the market by using PolyPeptide's Confidential Information.  PolyPeptide will lose market share and customers if AmbioPharm is allowed to use its Confidential Information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 11th day of October, 2019.

_____
Jane Salik

**DECLARATION OF JANE SALIK SUPPORTING PLAINTIFF POLYPEPTIDE LABORATORIES, INC.'S**
**APPLICATION FOR TEMPORARY RESTRAINING ORDER**