1
2
3
4
5
6
7
8
9
10
11

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| POLYPEPTIDE LABORATORIES, INC., | No. CV 19-8820-GW-Ex |
|---|---|
| Plaintiff, | **ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT** |
| v. | |
| BRANT ZELL; AMBIOPHARM, INC., | Current Date: January 10, 2020<br>Proposed Date: January 24, 2020 |
| Defendants. | |

The Court has considered the Parties' stipulation to extend the January 10, 2020 deadline for the Parties to file a Stipulation of Dismissal, and for good cause shown, the Court grants the extension and continues the deadline to file a stipulation of dismissal to noon on January 24, 2020.  The Court vacates the settlement hearing on January 13, 2020 and continues the order to show cause re settlement hearing to January 27, 2020 at 8:30 a.m. The parties are advised the January 27, 2020 hearing will be vacated, and no appearance will be required provided a stipulation to dismiss is filed by noon on January 24, 2020.

**IT IS SO ORDERED.**

Dated:   January 10, 2020

*[signature]*

The Honorable George H. Wu
United States District Judge