JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLYPEPTIDE LABORATORIES, INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>BRANT ZELL, an individual; AMBIOPHARM, INC., a California corporation,<br><br>Defendants. | Case No.:2:19-cv-08820-GW-E<br><br>[~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE<br><br>Date:<br>Time:<br>Dept: 9D<br>District Judge: Hon. George H. Wu<br>Complaint Filed: October 14, 2019 |

Pursuant to the Stipulation of the parties, Fed. R. Civ. P 41(a), and for good cause shown, it is hereby ordered that all claims against AmbioPharm, Inc. and Brant Zell are dismissed in their entirety with prejudice. Each party shall bear its own costs, including attorneys' fees.

IT IS SO ORDERED

DATED: January 24, 2020

_____
The Honorable George H. Wu
United States District Court Judge